J-S58003-15

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| JON BAUMGARDNER, | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellant | |
| v. | |
| LARRICK B. STAPLETON, | |
| Appellee | No. 478 MDA 2015 |

Appeal from the Order October 6, 2014
in the Court of Common Pleas of Union County
Civil Division at No.: 14-0210

BEFORE: GANTMAN, P.J., OLSON, J., and PLATT, J.[*]

JUDGMENT ORDER BY PLATT, J.:              **FILED NOVEMBER 10, 2015**

Appellant, Jon Baumgardner, appeals *pro se*, from the Order of October 6, 2014. Based upon our independent review of the record and the explanation of the trial court, it appears that, because of a breakdown in the court system, the Prothonotary of Union County misinterpreted the trial court's October 6, 2014 order, believing that it dismissed the underlying legal action when the trial court only intended to deny a motion for a preliminary injunction. (**See** Trial Court Opinion, 3/18/15, at 2). The trial court has requested that we remand the action to enable it to clarify the October 6, 2014 order. (**See id.**). Because it appears that remand will

_____

[*] Retired Senior Judge assigned to the Superior Court.

resolve the issue, we accept the trial court's invitation and remand this matter for clarification of the October 6, 2014 order by the trial court.

Case remanded. Jurisdiction relinquished.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date: 11/10/2015